## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON KATZ LAW LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>ISSAC LAUFER,<br><br>　　Defendant. | Case No. 23-CV-11801-PBS |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff Aaron Katz Law LLC ("AKL") respectfully requests that the Clerk of the Court enter a default against defendant Issac Laufer. The sworn declaration of Aaron M. Katz, who is serving as AKL's counsel of record and is the managing member of AKL, is attached hereto in support of this request.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Aaron M. Katz*
　　　　　　　　　　　　　　　　　　　　　　Aaron M. Katz
　　　　　　　　　　　　　　　　　　　　　　Keira G. Zirngibl
　　　　　　　　　　　　　　　　　　　　　　AARON KATZ LAW LLC
　　　　　　　　　　　　　　　　　　　　　　399 Boylston Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　(617) 915-6305
　　　　　　　　　　　　　　　　　　　　　　akatz@aaronkatzlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff Aaron Katz Law LLC*

DATED: October 24, 2023

**CERTIFICATE OF SERVICE**

    I, Aaron M. Katz, hereby certify that a copy of the foregoing pleading, including the sworn declaration attached as an exhibit thereto, was served on defendant Issac Laufer via USPS Priority Mail, sent to his residence at 34 Astor Place, Monsey, NY.

                                                   */s/ Aaron M. Katz*