UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON KATZ LAW LLC, <br><br> Plaintiff, <br><br> v. <br><br> ISSAC LAUFER, <br><br> Defendant. | Case No. 23-CV-11801-PBS |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Aaron Katz Law LLC ("AKL"), by and through undersigned counsel, hereby respectfully moves for a default judgment against defendant Issac Laufer pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of the motion, undersigned counsel states as follows:

1. AKL's complaint against Mr. Laufer seeks a sum certain ($104,527.58), plus costs that are of a sum certain ($463.39), plus pre-judgment interest that can be made certain by simple arithmetic computation (an amount equal to 82 days of simple interest at a per annum rate of 12%).

2. Mr. Laufer has no valid defenses to AKL's complaint, and Mr. Laufer has failed to answer or otherwise respond to AKL's complaint in the time allotted by the Federal Rules of Civil Procedure.

3. On October 27, 2023, the Clerk entered a notice of default pursuant to Federal Rule of Civil Procedure 55(a).

4. In his sworn declaration accompanying this motion, AKL's managing member and counsel-of-record Aaron M. Katz attests under penalties of perjury to all of the information required by Federal Rule of Civil Procedure 55(b)(1) and this Court's standing order.

                                          Respectfully submitted,

                                          <u>/s/ *Aaron M. Katz*</u>
                                          Aaron M. Katz
                                          AARON KATZ LAW LLC
                                          399 Boylston Street, 6th Floor
                                          Boston, MA 02116
                                          (617) 915-6305
                                          akatz@aaronkatzlaw.com

                                          *Counsel to Plaintiff Aaron Katz Law LLC*

DATED: October 28, 2023

## **CERTIFICATE OF SERVICE**

     I, Aaron M. Katz, hereby certify that a copy of the foregoing pleading was served on defendant Issac Laufer via USPS certified mail, sent to his residence at 34 Astor Place, Monsey, NY.

                                               */s/ Aaron M. Katz*