UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON KATZ LAW LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ISSAC LAUFER,<br><br>    Defendant. | Case No. 23-CV-11801-PBS |

**SWORN DECLARATION IN SUPPORT OF DEFAULT JUDGMENT**

I, Aaron M. Katz, do hereby declare under the pains and penalties of perjury under the laws of the United States that the following facts are true and correct to the best of my knowledge and recollection:

1. I am counsel of record for plaintiff Aaron Katz Law LLC ("AKL") in this action.

2. I am also the managing member of AKL.

3. This action was filed on August 7, 2023 via the ECF system.

4. Defendant Issac Laufer is a resident of New York State, residing at both 34 Astor Place, Monsey, NY and 262 Central Park West, New York, NY.

5. Mr. Laufer is an adult who is over the age of 18.

6. Mr. Laufer is not in the military service of the United States or any other country.

7. Mr. Laufer is not incompetent and is of a sound mind.

8. AKL validly and effectively served Mr. Laufer with the summons and complaint in this action in accordance with applicable law. Proof of this valid and effective service was filed with the Court via the ECF system on September 29, 2023.

9. The Clerk entered Mr. Laufer's default on October 27, 2023.

10. Mr. Laufer contractually owes AKL the principal sum of $104,527.58, which sum represents the invoiced fees and expenses that Mr. Laufer without basis failed to pay AKL for services that AKL rendered to Mr. Laufer, at Mr. Laufer's request and with Mr. Laufer's consent, from March 1, 2023 through June 22, 2023 with respect to an intervened False Claims Act action in which Mr. Laufer is a named defendant. AKL's complaint expressly pleads this amount as its breach of contract damages.

11. AKL has incurred costs in this action of at least $460.39, which such amount represents the $402 filing fee for the complaint plus $58.39 in Federal Express fees that AKL incurred to serve Mr. Laufer with the summons and complaint after Mr. Laufer failed to respond to AKL's request for waiver of service. AKL has incurred other nominal postage costs for which it is not seeking compensation.

12. The contract between AKL and Mr. Laufer, from which this action arises, specifies that any dispute under the contract shall be determined by Massachusetts law. The contract does not specify a prejudgment interest rate. Accordingly, Massachusetts General Laws chapter 231, section 6C, which provides for a prejudgment interest rate of 12%, applies. That statute specifies that the prejudgment interest of 12% shall begin to run from the earlier of (a) the date of the contractual breach, or (b) the date the action was commenced.

13. Mr. Laufer's breaches of contract and AKL's demands for payment preceded AKL's filing of the complaint on August 7, 2023. Nevertheless, to simply the calculation of prejudgment interest, AKL is seeking prejudgment interest beginning August 7, 2023 (the date the action commenced) and running through October 27, 2023 (the date of the default entry). AKL has calculated such prejudgment interest as 2.69% (82 days of

simple interest at an interest rate of 12% per annum, rounded down to the nearest hundredth of a percent), or $2,811.79.

Respectfully submitted,

/s/ *Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

*Counsel to Plaintiff Aaron Katz Law LLC*

DATED: October 28, 2023

## **CERTIFICATE OF SERVICE**

 I, Aaron M. Katz, hereby certify that a copy of the foregoing pleading was served on defendant Issac Laufer via USPS certified mail, sent to his residence at 34 Astor Place, Monsey, NY.

*/s/ Aaron M. Katz*
