

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Ex-Ropes & Gray Atty Says Former Client Owes $100K

By **Brian Dowling**

Law360 (August 8, 2023, 1:49 PM EDT) -- A former Ropes & Gray LLP partner says a former client stiffed him nearly $105,000 in legal fees and expenses after hiring Kasowitz Benson Torres LLP to take over his defense in a Medicare fraud case, according to a lawsuit filed in Massachusetts federal court.

Aaron Katz Law LLC, the law firm launched by former Ropes & Gray partner Aaron Katz, said Monday in the breach of contract suit that it had become clear that repeated attempts to secure payment from Issac Laufer wouldn't be fruitful.

Laufer appears to have no intention of paying Katz's final invoice covering the time Katz and an associate spent from March to June on his case and then getting the new Kasowitz attorneys up to speed, the complaint says.

The lawsuit brings breach of contract, quantum meruit, and promissory estoppel claims against the former client and seeks the owed amount plus legal costs for this collections action.

Laufer, the owner of 10 skilled nursing facilities in New York and their management company, hired Katz in February 2021 while he was still a BigLaw partner to defend against civil prosecutors' claims that Laufer engaged in a scheme to defraud Medicare by billing for medically unnecessary and unreasonable care over nearly a decade.

The client never once complained about the work or took issue with the billing, Katz said. He promptly paid previous invoices covering time through February 2023, the suit alleges. Laufer congratulated Katz upon launching the new firm and transferred his representation from Ropes & Gray to Aaron Katz Law, or AKL, when the time came, according to the complaint.

Laufer agreed to continue to pay invoices promptly, and Katz agreed not to require a retainer, according to the lawsuit.

"Laufer has no legitimate basis for his failure and refusal to pay AKL's outstanding invoices," Katz said. "On information and belief, Laufer knows this but has cynically decided that, because AKL is no longer involved in the Government Lawsuit, Laufer has no personal interest in paying AKL's outstanding invoices."

In March, Laufer told Katz he was considering hiring Kasowitz and its former partner Eric Herschmann to join his personal defense team, to augment Katz and his associate, the suit said. Herschmann is a close personal friend of Laufer, and Katz said he agreed to the arrangement.

The cooperation held until late June, when Laufer asked Katz to step back from the case. "If [Kasowitz or Herschmann] need[s] you, they'll call you, thank you," the client said, according to the suit.

Katz withdrew his appearance from the federal case and sent Laufer a disengagement letter making clear he owed $104,527.58, according to the suit. As the invoices became past due, Katz wrote several times to Laufer and his business associates and were told the invoices were under review.

Last week, an associate of Laufer asked Katz why his office billed in quarter-hour increments rather than the usual tenth-of-an-hour increments, claiming there was no mention of that in the engagement letter, according to the suit. Katz responded that the October 2022 engagement letter

did spell out the quarter-hour increment, which is the same way Ropes & Gray billed Laufer, the suit says.

A Kasowitz spokesman panned Katz's lawsuit as "a case of a lawyer mistreating a client," adding that Laufer is reviewing the invoices and claiming the quarter-hour billing increments amounted to an "unusual billing practice."

"In fact, all of Mr. Katz's prior invoices will now be scrutinized to ensure they complied with applicable law," the spokesman said. "We will vigorously defend this meritless lawsuit."

Katz declined to comment when reached Tuesday.

Aaron Katz Law LLC is represented by its own Aaron Katz.

Counsel information for Laufer was not immediately available.

The case is Aaron Katz Law LLC v. Laufer, case number 1:23-cv-11801, in the U.S. District Court for the District of Massachusetts.

--Editing by Nicole Bleier.

---

All Content © 2003-2023, Portfolio Media, Inc.