UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON KATZ LAW LLC,         )
                            )
         Plaintiff,         )
   v.                       )    CIVIL ACTION
                            )    NO. 23-11801-PBS
ISSAC LAUFER,               )
         Defendant.         )

# ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Order dated February 2, 2024, allowing defendant's motion to set aside the Default and compel arbitration (Docket No. 21).  It is hereby ORDERED that the above-entitled action be and hereby is dismissed.


By the Court,


/ s / Clarilde-Karasek
Deputy Clerk

DATED: February 2, 2024